UNITED STATES of America v. William MILLER, Appellant.

No. 8818.

Circuit Court of Appeals, Third Circuit.

Argued June 7, 1945.

Decided Aug. 2, 1945.

George P. Moser, of Union City, N. J. (Anthony A. Calandra, of Newark, N. J., on the brief), for appellant.

Edgar H. Rossbach, of Newark, N. J. (Thorn Lord, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before MARTIN and McLAUGHLIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.